UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YU HING SU, JIAN OU, and JIAN BIN LIN, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>-against-<br><br>HAILU ASIAN BISTRO INC. d/b/a HAILU ASIAN BISTRO, LAOUNG YONG a/k/a MOE L YONG a/k/a JOE YONG, POH LIM a/k/a DOREEN LIM, JOHN MARZANO, MICHAEL A MARZANO, and YEE WAY YAP,<br><br>Defendants. | 1:17-cv-10243<br><br>ORDER OF DISMISSAL<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 3/5/2020 |

MARY KAY VYSKOCIL, United States District Judge:

The Complaint in this action was filed on December 31, 2017 (ECF #1). Executed summons were filed on the docket in February and March 2018 and the Plaintiffs sought a Certificate of Default in July 2019. There has been no filing in the case since July 19, 2019 (ECF #24). Accordingly, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **April 6, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004)

**SO ORDERED.**

Date: **March 5, 2020**
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**