UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YU HING SU, JIAN OU, and JIAN BIN LIN, on behalf of themselves and all others similarly situated,

                        Plaintiffs,

                -against-

HAILU ASIAN BISTRO INC. d/b/a HAILU ASIAN BISTRO, LAOUNG YONG a/k/a MOE L YONG a/k/a JOE YONG, POH LIM a/k/a DOREEN LIM, JOHN MARZANO, MICHAEL A MARZANO, and YEE WAY YAP,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2020

1:17-cv-10243 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiffs have filed a motion to affirm that service on Defendants in this action was proper [ECF 33-35].  Upon review, the Court has questions regarding the circumstances of service on Defendants.  Accordingly,

    IT IS HEREBY ORDERED that all Parties appear for a hearing regarding Plaintiff's motion.  The hearing will be held at 11:00AM on June 10, 2020.  The hearing will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844.

**SO ORDERED.**

Date:  May 28, 2020
         New York, NY

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**