UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YU HING SU, et al., on their own behalf and on behalf of all others similarly situated,

                Plaintiffs,

-against-

HAILU ASIAN BISTRO, et al,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/2020

1:17-cv-10243 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff has filed a motion for a default judgment [ECF #42-44]. As required, Plaintiff attempted to serve the motion papers on the defaulting corporate Defendant, doing so by mail. *See* ECF #45. However, as the Court has previously noted, the restaurant is no longer in operation at the address to which Plaintiff mailed the motion papers. *See* ECF #37 at 1; ECF #41 at 4, n.1. Thus, it appears to the Court that service of the motion papers by mail at that address is not effective to put the corporate Defendant on notice of the pending motion. Accordingly,

    IT IS HEREBY ORDERED that the Plaintiff file a letter, no longer than three pages, on or before August 11, 2020 explaining why service of both the Complaint in this action and the papers concerning the default judgment motion on the corporate Defendant is proper.

**SO ORDERED.**

Date: August 4, 2020
       New York, NY

                                                MARY KAY VYSKOCIL
                                                United States District Judge