UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YU HING SU, et al., on behalf of themselves and all others similarly situated,

                            Plaintiffs,

-against-

HAILU ASIAN BISTRO INC., et al.,

                            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/2020

1:17-cv-10243-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

       On September 16, 2020, Court held a hearing on Plaintiffs' motion for a default judgment solely against the corporate defendant Hailu Asian Bistro, Inc. [ECF #42].

       IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED to the following extent. The Court grants judgment in favor of the named Plaintiffs Jian Ou and Jian Bin Lin against defendant Hailu Asian Bistro Inc. on the issue of liability for two years of violations under the Fair Labor Standards Act (Count I in the Complaint) and on the issue of liability for the remaining claims in the Complaint.  An Inquest is needed to ascertain the amount of damages due to Plaintiffs.

       IT IS FURTHER ORDERED that on or before October 7, 2020, Plaintiffs must submit documentation to support their calculation of damages and their allegation that Defendants' violations of the Fair Labor Standards Act are willful.

1

IT IS FURTHER ORDERED that on or before October 7, 2020, Plaintiffs must show cause by filing a letter on ECF why Plaintiff Yu Hing Su's claims should not be dismissed for failure to prosecute.

**SO ORDERED**

Dated: September 16, 2020
       New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge