USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YU HING SU, et al., on behalf of themselves and all others similarly situated,

                    Plaintiffs,

-against-

HAILU ASIAN BISTRO INC., et al.,

                    Defendants.

1:17-cv-10243-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    On September 16, 2020, Court held a hearing on Plaintiffs' motion for a default judgment solely against the corporate defendant Hailu Asian Bistro, Inc. [ECF No. 42]. Following that hearing, the Court granted Plaintiffs' motion in favor of two named Plaintiffs on the issue of liability only. The Court ordered that Plaintiffs provide additional support for their damage calculations and to show cause why the claims of Plaintiff Yu Hing Su should not be dismissed for failure to prosecute. Plaintiffs subsequently filed an affidavit of counsel providing additional information [ECF No. 53]. Accordingly,

    IT IS HEREBY ORDERED that the claims of Plaintiff Yu Hing Su are dismissed without prejudice for failure to prosecute.

    By separate order today, the Court will refer this case to the designated Magistrate Judge, Debra C. Freeman, for an inquest hearing regarding the two remaining Plaintiffs' damages.

**SO ORDERED**

Dated: December 16, 2020
       New York, New York

                                            MARY KAY VYSKOCIL
                                            United States District Judge