UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
YU HING SU et al.,

                            Plaintiffs,                      17-CV-10243 (MKV) (VF)

      -against-                          **ORDER RESCHEDULING**
                                                             **STATUS CONFERENCE**

HAILU ASIAN BISTRO INC. et al.,

                            Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The telephonic status conference scheduled for Thursday, May 12, 2022, at 2:00 p.m. is hereby rescheduled for **Monday, May 23, 2022, at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.**

                SO ORDERED.

DATED:    New York, New York
                May 17, 2022

                                                                     _____
                                                                     VALERIE FIGUEREDO
                                                                     United States Magistrate Judge