**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
YU HING SU et al.,

                                Plaintiffs,                **17-CV-10243 (ALC) (VF)**

        -against-                                 **ORDER**

HAILU ASIAN BISTRO INC. et al.,

                                Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**


     During the telephonic conference on May 23, 2022, Plaintiffs were asked to submit a supplemental affidavit by June 3, 2022.  The Court has not received this submission. Plaintiffs are directed to provide any supplemental affidavits to the Court no later than **Friday, June 10, 2022**.


**SO ORDERED.**

DATED:     New York, New York
            June 7, 2022

                                      _____
                                  VALERIE FIGUEREDO
                                  United States Magistrate Judge