# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

June 10, 2022

*Via* **ECF**
Hon. Valerie Figueredo, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application Granted
> Valerie Figueredo, U.S.M.J.
> DATED: 6-13-2022
>
> The Clerk of Court is respectfully directed to close the motion at ECF No. 62.

**Re:   Plaintiffs' Request for Extension of Time to File Supplemental Affidavits to the Court**
17-cv-10243-CM *Su et al v. Hailu Asian Bistro Inc. et al*

Your Honor,

    This office represents the Plaintiffs in the above-captioned matter. We write to in regards to Your Honors order dated June 7, 2022, that plaintiffs are to provide the court with supplemental affidavits by June 10, 2022. Plaintiffs respectfully request a three-week extension to provide the court with the supplemental affidavits, meaning that they shall file the affidavits by July 1, 2022. This is the parties first request and granting such request will not prejudice any party in the matter since the parties are in default.

    Plaintiffs respectfully request for a three-week extension for plaintiff's counsel is having a little trouble reaching their clients at this time. In addition, one of the two clients that plaintiff was able to reach has stated that they are out of state at the moment.

    Plaintiffs' counsel reached out to both plaintiffs after the conference and didn't really receive a response from plaintiffs themselves. With receiving no response, plaintiffs followed up and it was then plaintiffs counsel was informed by plaintiff Jian Ou that he is currently out of state and in South Carolina at the moment. Plaintiffs' counsel though have still not received a response from plaintiff Jian Bin Lin and are currently reaching out to him to see when he can come in to review the supplemental affidavit.

    Due to plaintiff Jian Ou being out of state and plaintiffs counsel still being in the works of getting a hold of plaintiff Jian Bin Lin, plaintiffs counsel believe that the three weeks request should serve as more than enough time to get both plaintiffs to come to plaintiffs' office and review over the supplemental affidavits and have them ready to submit to the court.

    For the reasons stated above, plaintiff respectfully request that the court grant plaintiffs an additional three weeks to provide the court with their supplemental affidavits. This would mean that the date for plaintiffs to file their supplemental affidavit will be extended from June 10, 2022 to July 1, 2022

      We thank court for its continued attention in this matter and sincerely apologize for not abiding by the Order set at the conference on May 23, 2022.

                        Respectfully submitted,

                        /s/ John Troy  
                        John Troy  
                        *Attorney for Plaintiffs*

*JT/gd*