**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
YU HING SU, JIAN OU, and JIAN BIN LIN,
on behalf of themselves and all others
similarly situated,

                Plaintiffs,              17 **CIVIL** 10243 (MKV)

    -against-                          **JUDGMENT**

HAILU ASIAN BISTRO INC., et al.,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2023, Magistrate Judge Figueredo's well-reasoned Report presents no such errors and is therefore fully adopted by this Court. Plaintiff Jia Bin Lin is hereby awarded $14,473.00 and Plaintiff Jian Ou is awarded $13,864.00. These awards are comprised of unpaid spread-of- hours wages, liquidated damages, and statutory damages. In addition, Plaintiffs are awarded pre-judgment interest at the statutory rate of 9% a year, which is calculated as follows: for Plaintiff Lin, on the amount of $2,236.50, from June 19, 2017, to the date judgment, in the amount of $1,164.14; and for Plaintiff Ou, on the amount of $1,932.00, from July 5, 2017, to the date judgment, in the amount of $998.02. Finally, Post-judgment interest shall be calculated from the day the Clerk of Court enters judgment until the date of payment by Defendant, using the federal interest rate set forth in 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York
          March 31, 2023

                                      **RUBY J. KRAJICK**

                                      _____
                                        **Clerk of Court**

                    **BY:**    *K. Mango*

                                        _____
                                        **Deputy Clerk**