USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YU HING SU, JIAN OU, and JIAN BIN LIN, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

HAILU ASIAN BISTRO INC., et al.,

                Defendants.

1:17-cv-10243-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

On March 31, 2023, the Court issued an Order [ECF No. 66], which "fully adopted" the Report and Recommendation issued by Magistrate Judge Figueredo. [ECF No. 55]. The Court's Order neglected, however, to expressly state that Plaintiffs shall be awarded attorneys' fees in the amount of $13,170.78 and costs in the amount of $400, as Magistrate Judge Figueredo recommended. The Court thus clarifies that Plaintiffs are entitled to such an award,[1] and respectfully requests that the Clerk of Court enter an amended judgment in accordance with this order and close the Motion pending at ECF No. 68.

**SO ORDERED**

Dated: April 20, 2023
      New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge

---

[1] Rather than seek clarification of the Court's Order, Plaintiffs unnecessarily filed a Motion for Attorneys' Fees and Costs [ECF No. 68], which was accompanied by a Memorandum of Law [ECF No. 70] and the Declaration of John Troy [ECF No. 69]. Given that the Court's Order was clear that the Report and Recommendation was "fully adopted," the Court declines to award any fees or costs associated with Plaintiffs unnecessary motion practice.