**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YU HING SU, JIAN OU, and JIAN BIN LIN,
on behalf of themselves and all others
similarly situated,

                      Plaintiffs,

    -against-                                17 **CIVIL** 10243 (MKV)

                                           **AMENDED JUDGMENT**

HAILU ASIAN BISTRO INC., et al.,

                     Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 20, 2023, the Court issued an Order [ECF No. 66], which "fully adopted" the Report and Recommendation issued by Magistrate Judge Figueredo. [ECF No. 55]. The Court's Order neglected, however, to expressly state that Plaintiffs shall be awarded attorneys' fees in the amount of $13,170.78 and costs in the amount of $400, as Magistrate Judge Figueredo recommended. The Court thus clarifies that Plaintiffs are entitled to such an award.

**Dated:** New York, New York

     April 20, 2023

                                                           **RUBY J. KRAJICK**

                                                            _____
                                                                **Clerk of Court**

                           **BY:**                _K. Mango_

                                                             _____
                                               **Deputy Clerk**